### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Case No. 19-12890-amc |
| **AUTUMN BARNES** | ) |
|     **Debtor** | ) Chapter 13 |
| | ) |
| | ) Judge: Magdeline D. Coleman |
| | ) |
| | ) Hearing date: |

### MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR DEBTOR PURSUANT TO L.B.R 2091-1

Counsel for the Debtor, Michael Alan Siddons, Esquire ("Movant"), respectfully requests Leave of Court to Withdraw as Counsel for Debtor, Autumn Barnes ("Respondent"), pursuant to L.B.R. 2091-1 and states as follows:

1. Respondent has not responded to the advice and direction of counsel.

2. Movant is unable, due to ethical considerations, to continue representing the Respondent.

3. Respondent has failed to pay Movant's post-petition counsel fees.

4. Prejudice will not result because Respondent may still retain new counsel in a timely matter.

**WHEREFORE**, Movant requests this Honorable Court for Leave to Withdraw as counsel of record in this matter.

    Respectfully submitted,

    **THE LAW OFFICE OF MICHAEL ALAN SIDDONS, ESQUIRE**

    By:   */s/ Michael A. Siddons*
          MICHAEL ALAN SIDDONS, ESQUIRE
          *Attorney for Debtor/Respondent*

Dated: March 30, 2022