## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND – BALTIMORE DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | Chapter 13 |
| | ) | |
| Autumn Barnes | ) | |
| | ) | Case No. 19-12890 - MDC |
| DEBTOR | ) | |

## PRAECIPE TO WITHDRAW DOCUMENT

Autumn Barnes, by and through undersigned counsel, Michael Alan Siddons, Esquire,

hereby submits this Praecipe to Withdraw Notice of Motion and Motion to Modify Plan that was

filed on September 13, 2021 at Docket # 85 and # 86.


DATED:  March 30, 2022            **LAW OFFICE OF MICHAEL ALAN SIDDONS, ESQ**
                                            /s/ Michael Alan Siddons
                                            Michael Alan Siddons
                                            230 N. Monroe Street
                                            Media,  PA 19063
                                            *Phone:* 610-255-7500
                                            *Email:* msiddons@siddonslaw.com